1  **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                      FOR THE DISTRICT OF ARIZONA

8

9   United States of America,              )
                                           )     Case No.  15-04141MJ-001-PCT-DMF
10             Plaintiff,                   )
                                           )   TEMPORARY DETENTION ORDER
11  vs.                                     )   FOR INTAKE ASSESSMENT
                                           )
12                                          )
    Jerel Keith Keehongva,                  )
13                                          )
               Defendant.                   )
14                                          )
                                           )
15  _____)

16         Defendant appeared in court with counsel. Pursuant to 18 U.S.C. §3141 et seq. a

17  detention hearing was held. Upon recommendation of Pretrial Services, the defendant is

18  ordered detained pending an intake assessment for placement at Recovery Homes

19  Incorporated in Mesa, Arizona or other facility as designated by Pretrial Services.  Should

20  defendant qualify for such placement, defendant shall be released upon conditions set by this

21  Court, including pretrial residency at said facility, as conditions do exist which would

22  reasonably assure the safety of others and the appearance of the defendant.  Should defendant

23  not so qualify, the release conditions set by this Court shall be vacated and defendant shall

24  be detained pending trial as there are no conditions or combination of conditions which

25  would reasonably assure the safety of others or the appearance of the defendant.

26  /

27  /

28  /

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Pretrial Services Officer is ordered to timely notify this Court of the defendant's intake assessment results, and if found acceptable, the date and time the facility will provide transportation from the Sandra Day O'Connor Courthouse for defendant.

DATED this 4th day of June, 2015.

_____
Deborah M. Fine
United States Magistrate Judge